ROTHENBERG, J.
 

 This is a petition for second-tier certio-rari in a case involving- Personal Injury Protection benefits. The petition is denied on the authority of
 
 United Automobile Insurance Co. v. Eduardo J. Garrido, D.C., P.A.,
 
 22 So.3d 120 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Perez,
 
 21 So.3d 886 (Fla. 3d DCA 2009);
 
 Partners in Health Chiropractic v. United Automobile Ins. Co.,
 
 21 So.3d 858 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Santa Fe Medical Center,
 
 21 So.3d 60 (Fla. 3d DCA 2009) (en banc), petition for review pending, No. SC09-2100, proceedings stayed (Fla. Jan. 5, 2010);
 
 United Automobile Insurance Co. v. Miami Medical Group, Inc.,
 
 20 So.3d 999 (Fla. 3d DCA 2009);
 
 United Automobile Insurance Co. v. Metro Injury & Rehab Center,
 
 16 So.3d 897 (Fla. 3d DCA 2009).
 

 Petition denied.